DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| The Estate of Troy S. Bowser, by and through its Administrator Ad Prosequendum, Sandra D. Trettner, and Sandra D. Trettner in her own right,<br>        Plaintiffs,<br><br>v.<br><br>Atlantic County, Geraldine Cohen, in her Official and individual capacities, Corrections Officer Milligan, in his Individual capacity, CFG Health Systems, LLC, John Doe Jail Personnel or Corrections Officers 1-20 (fictitious Individuals), in their individual capacities, John Doe Health Care Providers 1-20 (fictitious individuals) in their individual Capacities and ABC Entities 1-20 (fictitious entities)<br>        Defendants | Case No: 1:18-cv-05606<br><br>Civil Action |

## AFFIDAVIT OF MERIT

I, Lawrence J. Guzzardi, M.D., being over eighteen years of age hereby state and answer:

1. I am a licensed Physician in the Commonwealth of Pennsylvania. I have been Board certified in Emergency Medicine and Practice and I am currently Board certified in Medical Toxicology.

2. In addition to Emergency Medicine, Family Practice and Medical Toxicology, in the last five years I have testified to the Standards of Care in Correctional Medicine.

3. For the last five years, I have limited my practice to testifying in matters related to Emergency Medicine, Medical Toxicology, Correctional Care and Substance Abuse including problems encountered during drug withdrawal and in the evaluation of potentially suicidal inmates.

4. I have no financial interest in the outcome of this case.

5. This affidavit is respectfully submitted in compliance with N.J.S.A. 2A:53 A-27.

6. Based upon the records I have reviewed, it is my opinion there is a reasonable probability that the care, skill or knowledge exercised or exhibited in the treatment of Troy Bowser

while at the Atlantic County Jail leading to his death on or about April 13, 2016, by CFG Health Systems, LLC, by and through its employees, agents, and/or workman fell outside the professional care and treatment standards for prison inmates.

_____
Lawrence J. Guzzardi, M.D.

Sworn and Subscribed before me this
30th day of April, 2018

_____
Notary Public

PEGGY A. NYA
Notary Public
State of Delaware
My Commission Expires on Sep 8, 2019