## LAW OFFICES OF CONRAD J. BENEDETTO

BY: CONRAD J. BENEDETTO, ESQUIRE
1233 HADDONFIELD BERLIN ROAD, SUITE 1
VOORHEES, NJ 08043
P: 856-500-2727
F: 856-210-6227
Attorney for Plaintiffs

### DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | | |
|---|---|---|
| The Estate of Troy S. Bowser, by and through its Administrator Ad Prosequendum, Sandra D. Trettner, and Sandra D. Trettner in her own right, Plaintiffs, | : : : : : : | |
| | : | Case No: 1:18-cv-05606 |
| v. | : : | |
| Atlantic County, Geraldine Cohen, in her Official and individual capacities, Corrections Officer Milligan, in his Individual capacity, CFG Health Systems, LLC, John Doe Jail Personnel or Corrections Officers 1-20 (fictitious Individuals), in their individual capacities, John Doe Health Care Providers 1-20 (fictitious individuals) in their individual Capacities and ABC Entities 1-20 (fictitious entities)         Defendants | : : : : : : : : : : : : : | Civil Action |

### AFFIDAVIT OF MERIT

I, Dale E Panzer M.D. being over 18 years of age hereby state:

1. I am a licensed Physician in the Commonwealth of Pennsylvania. I am Board Certified in Psychiatry by the American Board of Psychiatry and Neurology.

2. I have extensive experience assessing patient safety and making appropriate recommendations for patient care including as past year Unit Chief, Associate Medical Director and Medical Director of inpatient psychiatric units.

3. For over 20 years I have been in the continuous practice of psychiatry, which has required me to regularly assess patient safety and make appropriate treatment and clinical care

1

recommendations.

4. I have no financial interest in the outcome of this case

5. Based upon the records I have reviewed, it is my opinion that there is a reasonable probability that the care provided in the psychiatric/psychologic treatment of Troy Bowser while at the Atlantic County Jail leading to his death on or about April 13, 2016, by CFG Health Systems, LLC, its employees and agents, fell outside a reasonable psychiatric standard of care.

Sincerely,

Dale E. Panzer, MD

Board Certified Psychiatrist #45301

August 18, 2018

2